Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Kimberley A. Hyson, Esq.
Nevada State Bar No. 11611
**JONES LOVELOCK**
6600 Amelia Earhart Court, Suite C
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
nlovelock@joneslovelock.com
khyson@joneslovelock.com
*Local Counsel for Plaintiff Wedi Corp.*

Daniel J. Becka, Esq. (*Appearing Pro Hac Vice*)
**Law Offices of Daniel J. Becka**
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602
T: (312) 646-1092
F: (312) 278-2455
E: dan@dbeckalaw.com

Justin C. Kanter, Esq. (*Appearing Pro Hac Vice*)
**Gaido & Fintzen**
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602
T: (312) 346-7855
F: (312) 346-8317
E: jkanter@gaido-fintzen.com

*Counsel for Plaintiff wedi Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEDI CORP.,<br><br>    Plaintiff,<br>v.<br><br>HYDROBLOK GRAND INTERNATIONAL LTD., HYDROBLOK GRAND INTERNATIONAL INC., and HYDRO-BLOK USA LLC,<br><br>    Defendants. | Case No. 2:22-cv-00457-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND ADMINISTRATIVE REQUEST TO WITHDRAW ENTRY OF DEFAULT**<br>**(First Request)** |

Plaintiff wedi Corp. ("wedi') and Defendants Hydroblok Grand International Ltd. ("Hydroblok Grand Canada"), Hydroblok Grand International Inc. ("Hydroblok Grand Nevada"), and Hydro-Blok USA LLC ("Hydroblok USA") (collectively, "Defendants"), hereby stipulate as follows:

1. Defendant Hydroblok Grand Canada was served with the Summons and Complaint on March 18, 2022, at its Registered Office in Canada. Pursuant to Fed. R. Civ. P. 12(a)(1), Hydroblok Grand Canada's response to the Complaint was due April 8, 2022. On April 13, 2022, wedi filed a Request for Default pursuant to Fed. R. Civ. P. 55(a) and LR 77-1(b)(2) with a supporting Declaration (Dkts. 15, 16).

2. Defendant Hydroblok Nevada was served with the Summons and Complaint on its registered agent in Nevada on April 12, 2022.

3. On April 14, 2022, John Denkenberger of the law firm Christensen O'Connor Johnson Kindness PLLC called Daniel Becka (one of wedi's lead attorneys) and advised him that Mr. Denkenberger's firm had just been retained to represent the Defendants in this case and was in the process of obtaining local counsel. Mr. Denkenberger requested that Hydroblok Grand Canada be given additional time to respond to the Complaint. Mr. Becka advised Mr. Denkenberger that the Summons and Complaint were out for service on the other two Defendants but suggested that if Mr. Denkenberger's firm would be entering appearances for all three Defendants after obtaining local counsel, Defendants should determine what additional time they would need to file responses for all three Defendants and wedi would try to accommodate them.

4. On April 15, 2022, John Whitaker of the law firm Christensen O'Connor Johnson Kindness PLLC contacted Mr. Becka and offered to waive service on any unserved Defendants pursuant to Fed. R. Civ. P. 4(d) in exchange for 60 days from April 14 to respond to the Complaint. Mr. Whitaker also requested that wedi withdraw its request for default and allow Hydroblok Grand Canada the same time to file its response. Mr. Becka responded that wedi would agree to the 60-day extension for all three Defendants and that once the appearances were filed on behalf of the Defendants the parties could stipulate to the extension and wedi would withdraw its Request for Default.

5. On May 2, 2022, F. Christopher Austin of the law firm Weide & Miller, Ltd. entered an appearance on behalf of the Defendants and Petitions for Admittance *Pro Hac Vice* were filed for Mr. Denkenberger and Mr. Whitaker. On May 4, 2022, Defendants' counsel requested that

**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119

1  Defendants be given 60 days from that date to respond to wedi's Complaint (i.e., by <u>July 4, 2022</u>),
2  to which Mr. Becka agreed.
3       6.     On May 10, 2022, the Court acted upon wedi's Request for Default and entered
4  default against Hydroblok Grand Canada, Dkt. No. 23.
5       7.     Pursuant to LR IA 6-1, the undersigned attorneys for Defendants state that this is the
6  first request for an extension of time to respond to the Complaint and Defendants request this
7  extension because, as noted above, counsel for Defendants were only recently retained and require
8  additional time to respond.
9       8.     Relatedly, wedi and Defendants collectively and respectfully request that the entry
10 of default made as against Hydroblok Grand Canada on May 10, 2022, Dkt. No. 23, be withdrawn.

DATED this 13th day of May, 2022.       DATED this 13th day of May, 2022.

By: */s/* Daniel J. Becka       By: */s/* John Whitaker

Nicole E. Lovelock, Esq.  
Kimberley A. Hyson, Esq.  
Jones Lovelock PLLC  
6600 Amelia Earhart Court, Suite C  
Las Vegas, Nevada 89119  

Daniel J. Becka, Esq.  
*Appearing Pro Hac Vice*  
Law Offices of Daniel J. Becka  
30 N. LaSalle Street, Suite 2727  
Chicago, IL 60602  

Justin C. Kanter, Esq.  
*Appearing Pro Hac Vice*  
Gaido & Fintzen  
30 N. LaSalle Street, Suite 2727  
Chicago, IL 60602  

*Counsel for Plaintiff wedi Corp*

F. Christopher Austin, Esq.  
Weide & Miller, Ltd.  
10655 Park Run Drive, Suite 100  
Las Vegas, NV 89144  

John Denkenberger, Esq.  
*Appearing Pro Hac Vice*  
John Whitaker, Esq.  
*Appearing Pro Hac Vice*  
Christensen O'Connor Johnson Kindness PLLC  
1201 Third Avenue, Suite 3600  
Seattle, WA 98101  

*Counsel for Defendants*

## ORDER

IT IS ORDERED that ECF No. 25 is GRANTED.

IT IS FURTHER ORDERED that Defendants must respond to Plaintiff's complaint by 7/4/2022.

IT IS FURTHER ORDERED that the Clerk's Entry of Default is VACATED, as the parties move to withdraw it.

**IT IS SO ORDERED**
**DATED:** 4:14 pm, May 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

JONES LOVELOCK
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119