UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEDI CORP., an Illinois corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>HYDROBLOK GRAND INTERNATIONAL LTD., a Canadian corporation; HYDROBLOK GRAND INTERNATIONAL INC., a Nevada corporation; and HYDRO-BLOK USA LLC, a Washington limited liability company,<br><br>                Defendants. | C23-0452 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The motion for reconsideration, docket no. 73, brought by plaintiff wedi Corp. ("wedi") is DENIED. Federal Rule of Civil Procedure 30(b)(6) contemplates that wedi will "describe with reasonable particularity the matters for examination," and that Hydroblok Grand International Inc. ("Hydroblok-Nevada") will "designate" one or more of its "officers, directors, or managing agents" or "other persons who consent to testify on its behalf" to be deposed about and provide "information known or reasonably available to the organization." Whether Brian Dunn is an appropriate Rule 30(b)(6) designee for Hydroblok-Nevada is a matter entirely between Mr. Dunn and Hydroblok-Nevada; wedi may not force Mr. Dunn to consent or Hydroblok-Nevada to designate any particular individual to serve as a Rule 30(b)(6) deponent.

(2)  Exhibit D, docket no. 75, to wedi's motion for reconsideration shall remain under seal. wedi's related motion to seal, docket no. 74, which actually seeks to unseal the document, is DENIED.

MINUTE ORDER - 1

(3)    The Court has also sealed Exhibit A, docket no. 73-1, to wedi's motion for reconsideration.  In the future, counsel shall exercise more caution and courtesy with regard to public dissemination of the Court's law clerk's identity and contact information.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of July, 2023.

Ravi Subramanian<br>
Clerk<br><br>
s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 2