UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEDI CORP., an Illinois corporation,

    Plaintiff,

v.

HYDROBLOK GRAND INTERNATIONAL LTD., a Canadian corporation; HYDROBLOK GRAND INTERNATIONAL INC., a Nevada corporation; and HYDRO-BLOK USA LLC, a Washington limited liability company,

    Defendants.

C23-0452 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff wedi Corp.'s motion to seal, docket no. 71, which actually requests that a certain document be unsealed, is DENIED.  The unredacted version of defendants' responses to plaintiff's interrogatories relating to personal jurisdiction, which was filed as Exhibit C, docket no. 69-3, to plaintiff's motion for relief from deadline, as well as Exhibit C, docket no. 72, to plaintiff's motion to compel and plaintiff's motion to unseal, shall remain SEALED.  Defendants have filed an appropriately redacted version of their interrogatory responses, docket no. 81-1, from which the confidential designation has been removed and to which the public has access.

    (2)    Plaintiff wedi Corp.'s motion to compel, docket no. 70, is DENIED.  Defendants, who wish for this action to proceed in this District, have every incentive to provide to plaintiff the interrogatory responses, documents, and testimony on which they will rely in attempting to show that Hydroblok Grand International Inc. ("Hydroblok-Nevada") has sufficient contacts with Washington to support this Court's personal

MINUTE ORDER - 1

jurisdiction. To the extent that, in connection with supplemental briefing on plaintiff's motion to transfer this matter back to the District of Nevada, defendants offer evidence not disclosed during the jurisdictional discovery process, plaintiff may interpose an objection. Plaintiff will not, however, be heard to complain that personal jurisdiction has not been established simply because defendants did not disclose more information than was necessary to establish the requisite contacts with the forum.

(3) Plaintiff wedi Corp.'s motion for relief from deadlines, docket no. 69, is GRANTED in part and DENIED in part as follows:

(a) Jurisdictional discovery shall be completed by August 11, 2023.

(b) Plaintiff's motion to transfer this case back to the District of Nevada, docket no. 57, is RENOTED to September 22, 2023.

(c) Supplemental briefs, not to exceed twelve (12) pages in length, and supporting declarations or affidavits shall be filed by September 15, 2023.

(d) Optional supplemental rebuttal briefs, not to exceed six (6) pages in length, are due by the new noting date.

(e) Plaintiff's request that defendants be directed to produce affidavits in advance of any depositions is DENIED.

(f) Plaintiff's motion is otherwise DENIED.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of July, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2